UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN J. OTROMPKE,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>THE FIRST DEPARTMENT COMMITTEE<br>ON CHARACTER AND FITNESS, et al.,<br><br>　　　　　　　　　　Defendants. | 22-CV-4676 (LTS)<br><br>CIVIL JUDGMENT |

　　　Pursuant to the order issued July 11, 2022, dismissing the complaint,

　　　IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims under 42 U.S.C. § 1983 for violations of the First and Fifth Amendments are dismissed without prejudice for lack of standing. The Court abstains under *Younger v. Harris* from adjudicating Plaintiff's Section 1983 claims for violations of the Fourteenth Amendment right to due process. The Court dismisses Plaintiff's challenge to the constitutionality of New York Judiciary Law § 90, and other rules imposing on applicants to the New York State Bar the burden of showing character and fitness, for failure to state a claim on which relief can be granted.

　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:　July 11, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge