UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN J. OTROMPKE,
                               Plaintiff,

                        22 Civ. 4676 (LGS)

          -against-

                        ORDER

THE FIRST DEPARTMENT COMMITTEE ON
CHARACTER AND FITNESS, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued March 6, 2023, allowed Plaintiff to file a third amended complaint. On March 9, 2023, this case was reassigned to the Court from Chief Judge Swain. It is hereby

    **ORDERED** that the parties shall meet and confer and file a joint status letter by **March 17, 2023,** proposing next steps in this litigation. The parties are directed to the Court's Individual Rules regarding the information to be included in such a status letter.

Dated: March 10, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE