IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| John J. Otrompke, JD, <br> Plaintiff | ) <br> ) <br> ) | 22 CV 4676 |
| vs. | ) <br> ) | Hon. Lorna G. Schofield |
| Acting Presiding Justice Dianne T. <br> Renwick, et al <br> Defendants | ) <br> ) <br> ) | |

## NOTICE OF MOTION

Please take notice that on __4/10__, 2023, I filed the attached "Omnibus Motion" in the Southern District of New York in the above-captioned case.

## PROOF OF SERVICE

I, John Otrompke, hereby swear that I served this Motion on defendants by depositing same in the U.S. mail addressed to their offices below.

To:

New York Attorney General Letitia James
Assistant Attorney General Steven Sutro
28 Liberty St. NY NY 10005



2023 APR 10 AM 11: 07

1