```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOHN J. OTROMPKE,                                           :
                                      Plaintiff,            :
                                                            :      22 Civ. 4676 (LGS)
               -against-                                    :
                                                            :           ORDER
THE FIRST DEPARTMENT COMMITTEE ON                           :
CHARACTER AND FITNESS, et al.,                              :
                                      Defendants.           :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued March 21, 2023, scheduled an initial pretrial conference in this matter. That Order required the parties to file a joint letter and proposed case management plan. On April 14, 2023, Plaintiff filed a letter and proposed case management plan on his own behalf. An Order issued May 16, 2023, adjourned this conference to June 7, 2023, to allow Defendants to appear.

WHEREAS, on May 22, 2023, Defendants Rolando Acosta, William Garcia, Veronica Guerrero, Paul Hart, John J. McAlary, Dianne Renwik and Robert Wolff appeared. It is hereby

**ORDERED** that the parties shall meet and confer and file the joint letter and proposed case management plan, as described in the Order issued March 21, 2023, by **May 31, 2023**.

Dated: May 23, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE