UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN J. OTROMPKE, J.D.,
                               Plaintiff,

               22 Civ. 4676 (LGS)

       -against-

               ORDER

THE FIRST DEPARTMENT COMMITTEE ON
CHARACTER AND FITNESS, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for June 7, 2023. It is hereby

      **ORDERED** that the June 7, 2023, conference is **ADJOURNED** sine die.  A referral order referring this case to the Hon. James L. Cott, United States Magistrate Judge, will issue separately.

Dated: June 2, 2023
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**