**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOHN J. OTROMPKE,

                Plaintiff,                        22 **CIVIL** 4676 (LGS)

        -against-                              **JUDGMENT**

THE FIRST DEPARTMENT COMMITTEE ON
CHARACTER AND FITNESS, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 22, 2024, the Objection is OVERRULED and the Report's recommendation to dismiss the case is ADOPTED. Because dismissal is based on lack of jurisdiction, dismissal is without prejudice. The Report's recommendation to deny Plaintiff's motions for leave to amend the TAC is ADOPTED because any further challenge to the Committee's hearing procedures would be futile for lack of jurisdiction as explained above. Dismissal without prejudice means that Plaintiff is free to refile his claims in state court. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 25, 2024

                                              **RUBY J. KRAJICK**
                                               Clerk of Court

                        **BY:**
                                           _____
                                                **Deputy Clerk**