IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| John J. Otrompke, JD | ) | |
|     Plaintiff | ) | 22 CV 4676 |
| | ) | |
| vs. | ) | US District Judge |
| | ) | Hon. Lorna Schofield |
| Presiding Justice Honorable | ) | |
| Dianne T. Renwick, et al | ) | |
|     Defendants | ) | |

NOTICE OF MOTION

Please take notice that on April 4, 2024, I filed the attached "Motion to Reconsider," in the Southern District of New York in the above-captioned case.

PROOF OF SERVICE

I, John Otrompke, hereby swear that I served this Motion on defendants by filing this motion via ECF.

To:

Stephen Sutro
New York Attorney General Letitia James
The Capitol
Albany, NY 12224-0341

Defendants shall respond to Plaintiff's motion by **April 23, 2024.**

Dated:  April 8, 2024
          New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1